IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMM RUBENSTONE, LLC et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 08-05526 |
| v. | : | |
| LESAVOY et al. | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 24th day of February 2011, following a telephone conference with counsel for all parties, who represented that the above-captioned action has been settled by the parties and can be dismissed with prejudice, it is ORDERED that:

1. The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

2. All pending motions are DENIED AS MOOT.

3. The Clerk of Court shall close the case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.